1  DANIEL L. GONZALEZ, Bar No. 223517
   dlgonzalez@littler.com
2  JAYME DUQUE, Bar No. 307948
   jaduque@littler.com
3  LITTLER MENDELSON, P.C.
4  2049 Century Park East
   5th Floor
5  Los Angeles, California  90067.3107
   Telephone:  310.553.0308
6  Fax No.:     310.553.5583

7
   Attorneys for Defendant
8  WILLIAM S. HART UNION HIGH SCHOOL
   DISTRICT
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| K. K, by and through her conservator and guardian ad litem, IVETTE KRUK, | Case No. 2:22-CV-02398-FMO-MAA |
|---|---|
| Plaintiff, | **DEFENDANT WILLIAM S. HART UNION HIGH SCHOOL DISTRICT'S CONDITIONAL NON-OPPOSITION TO PLAINTIFF'S PETITION FOR APPROVAL OF COMPROMISE OF DISABLED ADULT'S CLAIMS** |
| v. | |
| WILLIAM S. HART UNION HIGH SCHOOL DISTRICT, | |
| Defendant. | Judge: Hon. Fernando M. Oliguin<br>Hearing: November 17, 2022 10 am<br>Location: Courtroom 6D |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DEFENDANT'S CONDITIONAL NON-
OPPOSITION 2:22-CV-02398

Defendant William S. Hart Union High School District ("Defendant") provides the following conditional, non-opposition to Plaintiff's October 14, 2022 Petition for Approval of Compromise of Disabled Adult Claims ("Approval Petition").

Defendant does not oppose the Approval Petition to the extent the Approval Petition is limited to seeking approval of the Settlement Agreement And Release ("Settlement Agreement")[1] attached as Exhibit 1 to the Declaration of Diana Maltz In Support Of Petitioner For Approval Of Compromise Of Disabled Adult's Claims ("Maltz Declaration").

In not opposing the Approval Petition, the Defendant makes no representation regarding the accuracy of the information Plaintiff includes in the Approval Petition or in the supporting (1) Maltz Declaration, (2) Declaration of Ivette Kruk In Support Of Petitioner For Approval Of Compromise of Disabled Minor's Claims, and (3) Declaration of Colleen A. Snyder In Support Of Petitioner For Approval Of Compromise Of Disabled Adult's Claims.  Also, consistent with the Settlement Agreement, Defendant does not admit that it has acted wrongfully.

---

[1] The Settlement Agreement can be found at Case 2:22-cv-02398-FMO-MAA, Document 46-2, at Page ID Nos. 1772-1778.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

DEFENDANT'S CONDITIONAL NON-OPPOSITION 2:22-CV-02398

Dated: October 27, 2022

LITTLER MENDELSON, P.C.

/s/ Daniel L. Gonzalez

Daniel L. Gonzalez
Jayme A. Duque

Attorneys for Defendant
WILLIAM S. HART UNION HIGH SCHOOL DISTRICT

4887-6526-7771.3 / 018896-2401

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3

DEFENDANT'S CONDITIONAL NON-OPPOSITION 2:22-CV-02398