JS-6

Daniel R. Shaw (SB No. 281387)
daniel@snydershaw.com
Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Snyder & Shaw, LLP
3196 S. Higuera Street, Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Rosa K. Hirji (SB No. 204722)
rosa@rkhlawoffice.com
Diana Maltz (SB No. 322748)
diana@rkhlawoffice.com
Law Offices of Hirji & Chau, LLP
5173 Overland Ave.
Culver City, CA 90230
Telephone: (310) 391-0330
Facsimile: (310) 943-0311

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.K., by and through her conservator and guardian ad litem, IVETTE KRUK,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM S. HART UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO: 22-cv-02398-FMO-MAA<br><br>**ORDER GRANTING PETITION FOR APPROVAL OF COMPROMISE OF DISABLED ADULT'S CLAIMS [46]**<br><br>**Judge:** Hon. Fernando M. Olguin<br><br>**Hearing:** November 17, 2022, at 10 a.m.<br><br>**Location:** Courtroom 6D, Los Angeles Courthouse |

-1-

Having reviewed the Petition for Approval of Compromise of Disabled Adult's Claims [Dkt. 46] and supporting documents, and finding good cause, the August 10, 2022 Settlement Agreement ("Agreement") of K.K.'s educational claims, is hereby approved, including:

    a. The District will reimburse Plaintiff's special needs trust for educational and related services, including behavior services, in-home support, mental health services, and tuition, up to $82,800 per month, for a time period of twelve months, from August 1, 2022 through July 31, 2023, subject to receipt of documentation establishing proof of payment as described in paragraph 3 of the Agreement;

    b. Subject to proof of payment as described in paragraph 2 of the Agreement, the District shall reimburse Plaintiff's special needs trust in an amount up to $40,000 for expenses already accrued at the time of settlement; and

    c. The District will pay Plaintiff's attorneys' fees in the amount of $229,000, according to the terms of the Agreement.

**IT IS SO ORDERED.**

DATE: November 14, 2022

                                                                           /s/
                                          Hon. Fernando M. Olguin, U.S. District Judge

Order Granting
Petition for Approval of Compromise of Disabled Adult's Claims