Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Snyder & Shaw LLP
3196 S. Higuera St. Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

Daniel L. Gonzalez (SB No. 223517)
dlgonzalez@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.K., by and through her conservator and guardian ad litem, IVETTE KRUK,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM S. HART UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:22-cv-02398-FMO-MAA<br><br>**STIPULATED REQUEST FOR DISMISSAL** |

Having received the Court's Order Approving Compromise of Disabled Adult's Claim (ECF Doc. 55) on November 14, 2022, Plaintiff K.K., by and through her conservator and guardian ad litem, Ivette Kruk, and Defendant William S. Hart

1

1 | Union High School District (hereafter collectively referred to as "the Parties")
2 | hereby stipulate and request dismissal of this case with prejudice.

                                      Respectfully submitted,

7 | Dated:   November 18, 2022         /S/ COLLEEN A. SNYDER
                                              Colleen A. Snyder
                                              Attorney for Plaintiff

Dated:   November 18, 2022         /s/Daniel Gonzalez
                                              Daniel L. Gonzalez
                                              Attorney for Defendant