Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Snyder & Shaw LLP
3196 S. Higuera St. Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

Daniel L. Gonzalez (SB No. 223517)
dlgonzalez@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.K., by and through her conservator and guardian ad litem, IVETTE KRUK,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM S. HART UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:22-cv-02398-FMO-MAA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On November 14, 2022, the undersigned granted the Petition for Approval of Disabled Adult's Claim, which resolved this matter. *See* ECF Doc. 55. Thereafter,

1

1 on November 16, 2022, the Parties submitted a Stipulation and Request for
2 Dismissal.
3     Pursuant to the Parties' Stipulation and Settlement Agreement, the matter is
4 hereby dismissed with prejudice.

Dated: November 21, 2022

/s/
Hon. Fernando M. Olguin
United States District Judge